AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)　　☐ Original　☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
10/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT
10/16/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ mba _____ DEPUTY

| | |
|---|---|
| United States of America<br><br>v.<br><br>ISRAEL ARMANDO CABRERA RAMIREZ,<br>also known as ("aka") "Israel Armando Cabrera,"<br><br>Defendant(s) | Case No.  8:20-mj-00717-DUTY |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of <u>September 1, 2020</u> in the county of Orange in the Central District of California, the

defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§1326(a); (b)(1) | Illegal Alien Found in the United States Following Deportation or Removal |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
_____
*Complainant's signature*

MITCHELL A. GANGWISH
Deportation Officer, DHS
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:　October 16, 2020
_____

Judge's signature

City and state:　Santa Ana, California

Hon. JOHN D. EARLY
U.S. Magistrate Judge
*Printed name and title*

AUSA: Greg Staples
　　(74) 338-3535

# A F F I D A V I T

I, Mitchell Gangwish, being duly sworn, do hereby depose and say:

1.    I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE").  I have been a DO with ICE, formerly known as the Immigration and Naturalization Service ("INS"), since May 2016.  I am currently assigned to the Los Angeles Enforcement and Removal Operations Unit, Santa Ana office.

2.    This affidavit is made in support of a criminal complaint and arrest warrant against ISRAEL ARMANDO CABRERA RAMIREZ, also known as ("aka") "Israel Armando Cabrera" ("CABRERA"), charging a violation of Title 8, United States Code, Section 1326(a), (b)(1) (Illegal Alien Found in the United States Following Deportation or Removal).  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses.

3.    On or about September 1, 2020, the ICE Pacific Enforcement Response Center ("PERC") received information that

1

CABRERA had recently been encountered in Orange County, California.  Arrest records revealed CABRERA was in the custody of the Orange County Sheriff's Department.  Upon review of the information received, the PERC determined that CABRERA was previously removed from the United States.  An Immigration Detainer was issued against CABRERA.  On or about September 10, 2020, CABRERA was released from the custody of the Orange County Sheriff's Department.

4.     On or about September 30, 2020, I obtained Alien File No. A72-275-429("A-File"), which was assigned and maintained for the subject alien CABRERA.  An "A-File" is a file in which immigration records are maintained for aliens admitted to or found in the United States.  The A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by DHS (or INS) with respect to the subject alien for whom the A-File is maintained.

5.     On or about September 30, 2020, I obtained and reviewed a printout of the data from the California Criminal Identification Information ("CII") and the Federal Bureau of Investigation ("FBI") Identification Record for CABRERA, the individual who is the subject of this affidavit.  I compared the

data on these documents to that found in the INS Central Index
System ("CIS") under the assigned A-File, which I believe is
CABRERA's alien number.  I also compared the data from these
documents to the printout of the CII contained in the A-File.  I
found that the data from the CII contained in CABRERA's A-File
contain the same date of birth that are found in the CIS, the
CII, and the FBI Identification Record that I obtained.  In
addition, the CII printout also reflects the convictions that
are described below.  Based on this review, I believe that
CABRERA is the same individual who incurred the convictions
described below and who was ordered deported and/or removed as
described in the A-File.

     6.   On or about September 30, 2020, I reviewed a booking
photograph from the Orange County Sheriff's Department bearing
the name Israel Armando Cabrera Ramirez from his arrest on
August 31, 2020.  I conducted a photograph comparison of
CABRERA's booking photograph to the photographs contained in the
immigration records under CABRERA's identifying information.  It
appeared to me that CABRERA's booking photograph and the
immigration record photographs under CABRERA's identifying
information appear to resemble the same person.  Thus, I believe
that A-File (A72-275-429) and its contents correspond to

CABRERA.

7.    On or about September 30, 2020, I reviewed CABRERA's A-File (A72-275-429).  A review of CABRERA's A-File revealed the following information and documents:

        a.    A Record Of Deportable/Inadmissible Alien (Form I-213), which indicated that Deportation Officer M. Washington encountered CABRERA on or about August 19, 2017.

        b.    An Order of the Immigration Judge showing that CABRERA was ordered removed from the United States to Mexico by Nathan Aina, Immigration Judge, Los Angeles, California, on February 15, 2018.

        c.    An executed Warrant of Removal/Deportation indicating that CABRERA was officially removed and deported from the United States to Mexico on August 21, 2018, at the San Ysidro Port of Entry, San Ysidro, California.

        d.    An executed Notice to Alien Ordered Removed/Departure Verification indicating that CABRERA was officially removed and deported from the United States to Mexico on or about August 25, 2018, at the Port of Entry San Ysidro, California.

        e.    I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject

4

alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's photograph, signature, and/or fingerprint.  The executed Warrant of Removal/Deportation and the Notice to Alien Ordered Removed/Departure Verification in CABRERA's A-File each contains his photograph, signature, and fingerprint.

       f.    A record of conviction indicating that on or about May 21, 2015, CABRERA was convicted of Receiving Stolen Property, in violation of California Penal Code Section 496d(a) and Street Terrorism, in violation of California Penal Code Section 186.22(a), in the Superior Court of the State of California, County of Orange, case number 15HF0227, for which CABRERA received a sentence of 180 days of imprisonment.  On or about March 24, 2017, CABRERA was found to be in violation of probation and received a sentence of 90 days of imprisonment. On or about August 16, 2017, CABRERA was found to be in violation of probation and received a sentence of 90 days of imprisonment.

       8.    On or about September 30, 2020, I reviewed the printouts of ICE computer indices on CABRERA.  Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE (or INS) or is granted permission to enter or re-enter the United States.  The ICE computer indices

5

confirmed that CABRERA had been removed and deported on the dates indicated on the Warrants of Removal/Deportation found in CABRERA's A-File.  The ICE computer indices further indicated that CABRERA had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since CABRERA had last been deported.

9.   Based on my review of CABRERA's A-File, I determined that his A-File does not contain any record of him ever applying or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States.  Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in CABRERA's A-File.

10.   Based on my review of the contents of A-File A72-275-429, in particular the Warrant of Removal/Deportation and the Notice to Alien Ordered Removed/Departure Verification indicating that CABRERA had been removed and deported to Mexico on two occasions, and my training and experience, I believe that CABRERA is an alien, that is, a citizen of Mexico who illegally re-entered the United States without permission.

11.   Based upon the information indicated above, including

6

the Order of Removal, Warrant of Removal/Deportation, Notice to

Alien Ordered Removed/Departure Verification, copies of the

conviction documents, a booking photograph taken in the United

States after the date of CABRERA's most recent removal, and the

absence of an application to re-enter the United States, I have

probable cause to believe that ISRAEL ARMANDO CABRERA RAMIREZ is

in violation of Title 8, United States Code, Section 1326(a),

(b)(1) (Illegal Alien Found in the United States Following

Deportation or Removal).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 16th day of
October, 2020.

_____
HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE

7